Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*Attorney for Petitioner Xiao Ye Bai

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Xiao Ye Bai,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>Calvin Johnson, Warden, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:20-cv-02042-KJD-NJK<br><br>**Unopposed Motion for Extension of Time to File Second Amended Petition**<br><br>**(First Request)** |

　　　　Petitioner Xiao Ye Bai respectfully asks this Court to enter an Order extending his deadline of April 26, 2021 for filing his Second Amended Petition by 91 days, or until July 26, 2021. Respondents do not oppose this request. This is Bai's first request for an extension.

## POINTS AND AUTHORITIES

Bai filed his *pro se* § 2254 petition and motion for appointment of counsel on November 5, 2020.[1] After initially denying Bai's motion for appointment of counsel, upon reconsideration, this court appointed the Federal Public Defender on January 15, 2021.[2] Before the court issued a scheduling order, the Federal Public Defender's Office appeared for Bai and filed a protective amended petition on January 22, 2021.[3] On January 25, 2021, this court issued a scheduling order for Bai to file his second amended petition by April 26, 2021.[4]

Although undersigned counsel has been diligently working on Bai's amended petition, counsel has a Ninth Circuit Opening Brief due the same week of Bai's deadline. In addition, counsel is still in the process of investigating Bai's case, which spans Nevada, California, and China. An extension of time to file the Amended Petition is necessary given the complexity of Bai's case and counsel's other obligations.

This is Bai's first request for an extension on his Second Amended Petition.

On April 20, 2021, counsel for Respondents, Deputy Attorney Jaimie Stilz indicated by email that Respondents do not oppose this request with the understanding that the lack of objection is not waiver of any procedural defenses or statute of limitations challenges or construed as agreeing with the accuracy of the representations made in this Motion.

---

[1] ECF No. 1-1, 1-2.

[2] ECF No. 12.

[3] ECF Nos. 13, 14, 17.

[4] ECF No. 16.

Accordingly, Bai respectfully asks this Court to grant this motion and enter an order extending the time in which he may file his Second Amended Petition by 91 days to July 26, 2021

Dated April 22, 2021.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ron Y. Sung*
Ron Y. Sung
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: __4/23/2021__

3