# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI, | Case No. 2:20-cv-02042-KJD-NJK |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF NEVADA, *et al*., | |
| Respondents. | |

Good cause appearing, the Court grants Petitioner's second unopposed motion for extension of time (ECF No. 22). Petitioner has until September 24, 2021 to file his second amended petition.

Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

**IT IS THEREFORE ORDERED** that Petitioner Xiao Ye Bai's Motion for Extension of Time (ECF No. 22) is GRANTED.

DATED: August 19, 2021

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE