# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF NEVADA, *et al*.,<br><br>    Respondents. | Case No. 2:20-cv-02042-KJD-NJK<br><br>**ORDER** |

Good cause appearing, the Court grants Respondents' first unopposed motion for extension of time (ECF No. 26). Respondents have until November 24, 2021 to answer or otherwise respond to Petitioner's second amended petition.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 26) is GRANTED.

DATED: November 18, 2021

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE