# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI,<br><br>　　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:20-cv-02042-KJD-NJK<br><br>**ORDER** |

Good cause appearing, the Court grants Respondents' third unopposed motion for extension of time (ECF No. 30). Respondents have until January 26, 2022 to answer or otherwise respond to Petitioner's second amended petition.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 30) is GRANTED.

DATED:　January 12, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1