# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI,<br><br>        Petitioner,<br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Respondents. | Case No. 2:20-cv-02042-KJD-NJK<br><br>**ORDER** |

Good cause appearing, the Court grants Respondents' fourth motion for extension of time (ECF No. 32). Respondents have until January 27, 2022 to answer or otherwise respond to Petitioner's second amended petition.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 32) is GRANTED.

DATED: February 3, 2022

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1