AARON D. FORD
  Attorney General
Jaimie Stilz (Bar No. 13772)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101-1068
(702) 486-3130 (phone)
(702) 486-2377 (fax)
JStilz@ag.nv.gov
*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI,<br><br>  Petitioner,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>  Respondent(s). | Case No. 2:20-cv-02042-KJD-NJK<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 53)**<br><br>**(THIRD REQUEST)** |

Respondents move this Court for an enlargement of time of 10 days from the current due date of March 14, 2022, up to and including March 24, 2022, in which to file their Reply in Support of the Motion to Dismiss (ECF No. 53). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the third enlargement of time sought by Respondents, and the request is brought in good faith and not for the purpose of delay.

DATED: March 14, 2022.

Submitted by:

AARON D. FORD
Attorney General

By:   */s/ Jaimie Stilz*
        Jaimie Stilz (Bar. No. 13772)
        Deputy Attorney General

**DECLARATION OF JAIMIE STILZ**

STATE OF NEVADA    )
                   ) ss:
COUNTY OF CLARK    )

I, JAIMIE STILZ, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada, and am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I am assigned to represent Respondents in *Xiao Ye Bai v. State of Nevada, et al.*, Case No. 2:20-cv-02042-KJD-NJK, and as such, have personal knowledge of the matters contained herein.

2. This is my third request for an extension to file the Reply in Support of the Motion to Dismiss (ECF No. 53), and this Motion is made in good faith and not for the purpose of delay.

3. The Reply is currently due on March 14, 2022.

4. I am unable with due diligence to timely complete the Reply herein. I am still dealing with pressing medical/health issues. I have been diligently striving to resolve and/or work around these issues but they have significantly impacted my ability to complete the Reply in a timely fashion, thus necessitating an extension.

5. In seeking this extension, I am taking into consideration additional obligations and deadlines for both myself and my supervising senior colleague.

6. I have spoken to counsel for Bai, and he does not oppose this request.

7. Based on the foregoing, I respectfully request an enlargement of time of 10 days, up to and including March 24, 2022, to file the Reply in Support of the Motion to Dismiss (ECF No. 53).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of March, 2022.

    */s/ Jaimie Stilz*
Jaimie Stilz (Bar No. 13772)
Deputy Attorney General

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

Dated:  3/16/2022