AARON D. FORD
 Attorney General
Jaimie Stilz (Bar No. 13772)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101-1068
(702) 486-3130 (phone)
(702) 486-2377 (fax)
JStilz@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| XIAO YE BAI,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondent(s). | Case No. 2:20-cv-02042-KJD-NJK<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 53)**<br><br>**(FIFTH REQUEST)** |

Respondents move this Court for an enlargement of time of 1 days from the current due date of March 28, 2022, up to and including March 29, 2022, in which to file their Reply in Support of the Motion to Dismiss (ECF No. 53). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the fifth enlargement of time sought by Respondents, and the request is brought in good faith and not for the purpose of delay.

DATED: March 28, 2022.

Submitted by:

AARON D. FORD
Attorney General

By: */s/ Jaimie Stilz*
    Jaimie Stilz (Bar. No. 13772)
    Deputy Attorney General

## DECLARATION OF JAIMIE STILZ

STATE OF NEVADA    )
                   ) ss:
COUNTY OF CLARK    )

I, JAIMIE STILZ, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada, and am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I am assigned to represent Respondents in *Xiao Ye Bai v. State of Nevada, et al.*, Case No. 2:20-cv-02042-KJD-NJK, and as such, have personal knowledge of the matters contained herein.

2. This is my fifth request for an extension to file the Reply in Support of the Motion to Dismiss (ECF No. 53), and this Motion is made in good faith and not for the purpose of delay.

3. The Reply is currently due on March 28, 2022.

4. I am unable with due diligence to timely complete the Reply herein. I encountered unexpected internet issues today that interfered with my access to necessary documents and files. I have been diligently striving to resolve and/or work around these issues but they have significantly impacted my ability to complete the Reply in a timely fashion, thus necessitating an extension.

5. In seeking this extension, I am taking into consideration additional obligations and deadlines for both myself and my supervising senior colleague.

6. Based on the foregoing, I respectfully request an enlargement of time of 1 day, up to and including March 29, 2022, to file the Reply in Support of the Motion to Dismiss (ECF No. 53).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of March, 2022.

*/s/ Jaimie Stilz*
Jaimie Stilz (Bar No. 13772)
Deputy Attorney General

**IT IS SO ORDERED**:

UNITED STATES DISTRICT JUDGE

Dated: March 29, 2022

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Office of the Nevada Attorney General and that on this 28th day of March, 2022, I served a copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 53)**, by U.S. District Court CM/ECF electronic filing, to:

Ron Y. Sung
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*/s/   J. Stilz*
An employee of the Office of the Attorney General