1
2
3

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI, | Case No. 2:20-cv-02042-KJD-NJK |
| Petitioner, | |
| v. | **ORDER** |
| CALVIN JOHNSON, *et al*., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed third motion for enlargement of time to file an answer to the second amended petition for writ of habeas corpus (ECF No. 72) is GRANTED. Respondents have until January 20, 2023, to answer the second amended petition for writ of habeas corpus.

DATED: December 7, 2022

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE