# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI,<br><br>                Petitioner,<br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                Respondents. | Case No. 2:20-cv-02042-KJD-NJK<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed fourth motion for extension of time (ECF No. 74) is GRANTED. Respondents have until January 27, 2023, to answer the second amended petition for writ of habeas corpus.

DATED: January 23, 2023.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1