# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI,<br><br>　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:20-cv-02042-KJD-NJK<br><br>**ORDER** |

　　　Good cause appearing, IT IS HEREBY ORDERED that Respondents' fifth motion for extension of time (ECF No. 76) is GRANTED. Respondents have until February 3, 2023, to answer the second amended petition for writ of habeas corpus.

DATED: January 30, 2023

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE