# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI,<br><br>　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:20-cv-02042-KJD-NJK<br><br>**ORDER** |

　　　　Good cause appearing, IT IS HEREBY ORDERED that Petitioner's first unopposed motion for extension of time (ECF No. 80) is GRANTED. Petitioner has until May 8, 2023, to file his reply.

　　　　DATED: March 8, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE