# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XIAO YE BAI,<br><br>Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>Respondents. | Case No. 2:20-cv-2042-KJD-NJK<br><br>**ORDER** |

Upon review of the exhibits filed in this matter, it appears Petitioner failed to fully comply with the redaction requirements of LR IC 6-1(a)(1), (a)(3), and (a)(5). *See* ECF Nos. 14-11 at 13, 15; 25-2 at 4. Compelling reasons exist to seal the documents as they contain personal-data identifiers, and parties cannot change filings. *See* LR IC 6-1(a)(1) ("If an individual's Social Security number must be included, only the last four digits of that number should be used."); LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used."); and LR IC 6-1(a)(5) ("If a home address must be included, only the city and state should be listed.").

**IT IS THEREFORE ORDERED:**

1. Petitioner must file redacted publicly available copies of the documents filed as ECF Nos. 14-11 and 25-2 in full compliance with LR IC 6-1(a)(1), (a)(3), and (a)(5) by August 4, 2023; and

2. The Clerk of the Court is directed to seal the documents filed as ECF Nos. 14-11 and 25-2.

DATED: 07/19/2023

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE